IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN N. BRANSFORD and<br>PHILIP BRANSFORD,<br>      Plaintiffs,<br><br>v.<br><br>COUNTY OF CHESTER, et al.,<br>      Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br>CIVIL ACTION<br><br><br><br>No. 12-4184 |

**ORDER**

**AND NOW**, this **27th** day of **July, 2016**, upon consideration of the Motion of Defendants County of Chester, Chester County Domestic Relations Office, Chris Morris, and Frank Haas for Involuntary Dismissal of the Action, and following a Rule to Show Cause Hearing on July 19, 2016, and for the reasons provided in this Court's Memorandum dated July 25, 2016, it is hereby **ORDERED** that:

1. The motion (Document No. 22) is **GRANTED**.

2. The case is **DISMISSED**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**